Case 2:18-cv-00036   Document 14   Filed on 05/11/18 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 11, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPHINE HILL,<br>Individually and on behalf of all others<br>similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>RICARDO AND SUSAN GARCIA LLC<br>d/b/a ECLECTIX COFFEE BAR AND<br>BAKERY LLC and SUSAN GARCIA<br><br>*Defendants.* | § § § § § § § § § § § § § | Civil Action No. 2:18-cv-00036<br><br>**JURY TRIAL DEMANDED** |

## JUDGMENT

BEFORE THE COURT comes Plaintiff's Motion for Entry of Default Final Judgment (ECF 10 ). On February 15, 2018, Plaintiff filed the Return of Service as to Defendants, Ricardo and Susan Garcia LLC d/b/a Eclectix Coffee Bar and Bakery LLC and Susan Garcia. Having reviewed the record and the Court being duly advised as to the premises thereof, it is ORDERED, ADJUDGED, AND DECREED that the motion for Default Final Judgment is GRANTED.

Based upon the undisputed record, the Court finds that Plaintiffs, Josephine Hill, Victor Garcia, Cathleen Martinez, Deborah Lynn Fletcher, and Natalie Ann Trevino shall have and recover from the Defendants, Ricardo and Susan Garcia LLC d/b/a Eclectix Coffee Bar and Bakery LLC and Susan Garcia, $32,792.22 in unpaid wages and unpaid overtime wages, post judgment interest in the amount of $1,357.60, and $32,792.22 in liquidated damages for a total of $ 66,942.04.

Based on the undisputed record, the Court finds that Plaintiffs shall have and recover from the Defendants, Ricardo and Susan Garcia LLC d/b/a Eclectix Coffee Bar and Bakery LLC and Susan Garcia, $14,245 in attorneys' fees and $637.14 in costs. The Court finds that the attorneys' fees and costs are reasonably and were necessarily incurred in the prosecution of this matter. The Court

therefore enters a total judgment of $81,824.18 against Defendants for which execution shall issue forthwith.

SIGNED this _____ day of  5 | 11 | 18 , 2018.

_____
Nelva Gonzales Ramos
United States District Judge